**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
      against

(Alias) DERRICK SMIT
_____

                     Please PRINT Clearly
```

**07 CRIM 990**

07 CR _____ (VM)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [✓] CJA     2. [ ] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 8-23   YR. 77

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       OCTOBER 29, 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
ROGER J. SCHWARZ
Attorney for Defendant

Firm name if any
555 FIFTH AVE, - 14TH FLOOR
Street address
NEW YORK   NY   10017
City        State      Zip
212-818-0234
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE   OCT 29 2007

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186