```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :   07 CR. 990 (VM)
                                    :
         - against -                :   ORDER
                                    :
                                    :
DERRICK SMIT,                       :
                                    :
              Defendant.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests the exclusion of time until the next scheduled conference in this matter. The parties are directed to appear before the Court for a status conference on November 9, 2007 at 10:30 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until November 9, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         31 October 2007

/s/ Victor Marrero
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-07



# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2007

**By Fax (212-805-6382)**
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

    Re: United States v. Derrick Smit, 07 Cr. 990 (VM)

Dear Judge Marrero:

    The Grand Jury returned an indictment in this matter on October 24, 2007, and the defendant was arraigned today in Magistrate's Court. The Court has set the first pre-trial conference for November 9, 2007, at 10:30 a.m. I write with the consent of the defense to request that the time until that date be excluded under the Speedy Trial Act to permit the Government to collect discovery for production and to facilitate potential plea negotiations.

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney

              By: _____
                     Marshall A. Camp
                     Assistant United States Attorney
                     Tel. No.: (212) 637-1035

cc: Roger J. Schwarz, Esq. (by fax: 212-986-5316)

SO ORDERED.

_____         _____
DATE                             HONORABLE VICTOR MARRERO
                             UNITED STATES DISTRICT JUDGE