```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
                                    :
     - against -                    :   07 Cr 990 (VM)
                                    :
                                    :         ORDER
DERRICK SMIT,                       :
                                    :
            defendant.              :
                                    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Roger Schwartz, the attorney assigned to represent the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Lawrence Gerzog.

**SO ORDERED.**

Dated: New York, New York
       20 November 2007

_____
VICTOR MARRERO
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07
```