Law Offices

**LAWRENCE D. GERZOG**

Lawrence D. Gerzog
Maria G. Worley

251 E. 61ST Street
New York, New York 10021

Telephone (212) 486-3003
Facsimile (212) 486-7701

December 19, 2007

By ECF

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v Derrick Smit
      07-cr-990

Dear Judge Smit:

   I am writing on behalf of my client, Derrick Smit, to request a court order recommending to the Metropolitan Correctional Center that Mr. Smit's visiting privileges be reinstated. Mr. Smit's visiting privileges were revoked in October of 2007 as a disciplinary measure. Currently, they will be reinstated in February of 2008; however, his family will be leaving the country on January 1, 2008, and Mr. Smit is very upset at the thought of not being able to see them before they leave. As Mr. Smit's history includes an attempted suicide among other emotional issues, we respectfully suggest that this particular disciplinary measure is too harsh in this instance. I have left a message for AUSA Camp regarding this request; however, he is out of the country this week and I do not expect to hear back from him until after the holidays.
   I thank the court for its consideration of this matter.

                                        Respectfully,

                                        Lawrence D. Gerzog