```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :     07 CR. 990 (VM)
         - against -                :
                                    :        ORDER
                                    :
DERRICK SMIT,                       :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the conference for defendant scheduled for February 8, 2008 be adjourned for thirty days. The next conference is scheduled for Friday, March 14, 2008 at 3:45 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 14, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         5 February 2008

                                          Victor Marrero
                                          U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2008

By Fax (212-805-6382)
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re: United States v. Derrick Smit, 07 Cr. 990 (VM)

Dear Judge Marrero:

This matter is scheduled for a pre-trial conference Friday, February 8, 2008. I write with the consent of the defense to request that the conference be adjourned approximately 30 days, at the Court's convenience. In light of ongoing negotiations between the parties, both counsel are optimistic that a disposition will be reached within the next 30 days. Because this adjournment is sought to pursue plea negotiations, I also respectfully request that time under the Speedy Trial Act be excluded through any adjourn date.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Marshall A. Camp
Assistant United States Attorney
Tel. No.: (212) 637-1035

cc: Lawrence D. Gerzog, Esq. (by fax: 212-486-7701)

SO ORDERED.

_____          _____
DATE                      HONORABLE VICTOR MARRERO
                          UNITED STATES DISTRICT JUDGE

TOTAL P.01