UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

    -v-                                                          :            S1 07 CR. 990 (VM)

DERRICK SMIT,                                        :

                           Defendant.            :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(a)(1)(A), and 846, was advised of the nature of the charges and of his rights, and hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Dated: New York, New York
       April 17, 2008



0202