UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

     -v-                         :         INFORMATION

DERRICK SMIT,                    :
                                           S1 07 Cr. 990 (VM)
          Defendant.             :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 7 2008

### COUNT ONE

          The United States Attorney charges:

          1.   From at least in or about 2005 through in or about

July 2007, in the Southern District of New York and elsewhere,

DERRICK SMIT, the defendant, and others known and unknown,

unlawfully, intentionally, and knowingly did combine, conspire,

confederate and agree together and with each other to violate the

narcotics laws of the United States.

          2.   It was a part and an object of the conspiracy

that DERRICK SMIT, the defendant, and others known and unknown,

would and did distribute and possess with intent to distribute a

controlled substance, to wit, 50 grams and more of

methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title

21, United States Code.

          (Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

          3.   As a result of committing the foregoing controlled

substance offense alleged in Count One of this Information,
DERRICK SMIT, the defendant, shall forfeit to the United States
pursuant to 21 U.S.C. § 853, any and all property that
constitutes or is derived, directly or indirectly, as a result of
the offense and any and all property used or intended to be used
in any manner or part to commit and to facilitate the commission
of the violation alleged in Count One of this Information.

4.    If any of the above-described forfeitable
property, as a result of any act or omission of the defendant:

(i)    cannot be located upon the exercise of due
diligence;

(ii)   has been transferred or sold to, or deposited
with, a third party;

(iii)  has been placed beyond the jurisdiction of
the court;

(iv)   has been substantially diminished in value;
or

(v)    has been commingled with other property which
cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18,
United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the

forfeitable property.

(Title 21, United  States Code, Sections 846 and 853.)


_MICHAEL J. GARCIA_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**- v -**

**DERRICK SMIT,**

**Defendant.**

### INFORMATION

S1 07 Cr. 990 (VM)

(Title 21, United States Code,
Sections 846 and 853.)

MICHAEL J. GARCIA
United States Attorney.