```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   07 CR. 990 (VM)
                                    :
    - against -                     :   ORDER
                                    :
                                    :
DERRICK SMIT,                       :
                                    :
            Defendant.              :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08

**VICTOR MARRERO, United States District Judge.**

    Defendant Derrick Smit ("Smit") has brought to the Court's attention that, during his incarceration at the MCC awaiting the disposition of this case, he has suffered from a serious medical condition for which he requires specialized treatment not available at the MCC. Smit has requested that he be designated to a federal medical facility while awaiting sentencing. The Court supports Smit's request. Accordingly, the Court recommends to the Bureau of Prisons ("BOP") that Smit be confined at a federal medical center pending disposition of his case.

    The Government is permitted to refer this Order to the BOP without further application to the Court.

**SO ORDERED:**

Dated:    New York, New York
             22 April 2008

                                          Victor Marrero
                                          U.S.D.J.